## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

EBONY TAKIA QUANISSA          )
SMITH,                        )
                              )
      Plaintiff,          )
                              )
v.                            )          CV424-116
                              )
MARTIN O'MALLEY,              )
Commissioner of Social Security,   )
                              )
      Defendant.          )

## <u>ORDER</u>

Presently before the Court is Defendant Martin O'Malley, Commissioner of Social Security's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand to Defendant. Doc. 18. Defendant requests reversal and remand to the agency for an administrative law judge to "offer Plaintiff an opportunity for a supplemental hearing and issue a new decision." *Id*. at 1. Defendant represents that Plaintiff consents to the Motion. *Id*.

Sentence four of Section 405(g) gives the Court the "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42

1

U.S.C. § 405(g).  Accordingly, the Court **GRANTS** the Motion, doc. 18,

and **REVERSES** and **REMANDS** the final decision of the Commissioner

pursuant to sentence four of 42 U.S.C. § 405(g) for further action

consistent with this Order.  The Clerk of Court is **DIRECTED** to enter

the appropriate judgment and to close this case.

      **SO ORDERED**, this 26th day of November, 2024.

                          _____
                          CHRISTOPHER L. RAY
                          UNITED STATES MAGISTRATE JUDGE
                          SOUTHERN DISTRICT OF GEORGIA