AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EBONY TAKIA QUANISSA SMITH

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 424-116

MARTIN O'MALLEY, Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated November 26, 2024 and sentence four of the 42 U.S.C. § 405(g), the Commissioner's final decision is reversed and remanded for further action consistent with this Order. This case stands closed.

Approved by: _/s/ Christopher L. Ray_

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA



November 26, 2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_/s/ Jamie Hodge_
*(By) Deputy Clerk*

GAS Rev 10/2020